UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SAMUEL M. CICALO                     CIVIL ACTION NO. 3:17 CV 01312 AVC
    Plaintiff

vs

LAW OFFICES HOWARD LEE SCHIFF P.C.
JEANINE DUMONT, and BANK OF AMERICA,
N.A.
    Defendants                           MARCH 9, 2018

### AFFIDAVIT OF JEANINE M. DUMONT

I, Jeanine M. Dumont, do on oath, state as follows:

1. I am a shareholder in the Law Offices Howard Lee Schiff, P.C., and serve as the firm's General Counsel. I am responsible for handling contested litigation and lawsuits which are brought against the firm. Before joining the Law Offices Howard Lee Schiff P.C., I was an equity partner at Pepe & Hazard LLP for 17 years, and co-chair of the firm's Commercial Litigation Department specializing in creditor's rights, commercial collections and foreclosures. I was first admitted to the practice of law in 1984, and I have been practicing law for more than 33 years in Connecticut. My area of expertise is in creditor's rights and contested consumer collection cases. I am admitted to practice in the Connecticut, Massachusetts, Rhode Island, Vermont and California, as well as federal courts, including District of Connecticut, Second Circuit Court of Appeal, and the United States Supreme Court. I am the author of the Debt Collection chapter of the Connecticut Bar Association's Lawyer's Deskbook, as well as Pleadings and Practice, a Connecticut Lawyers' Deskbook. I am a member of the Board of Directors of Civics First, Inc., a nonprofit which promotes civics education programs in Connecticut, and I currently serve on the High School and Middle School Mock Trial Case Committee, and actively judge the Mock Trial Competitions.

2. I am counsel for the Schiff defendants in this case, and I make this Affidavit in connection with the Motions to Compel filed by plaintiff in this case dated February 14, 2018 and February 19, 2018. The matters stated herein are based upon my personal knowledge and belief.

3. The Schiff defendants have attempted in good faith to respond completely to all discovery requests served by the plaintiff herein. Specifically:

- Request for Production No. 1 seeks all documentation and files relating to the Bank of America claim against Samuel Cicalo have been produced to plaintiff. The file notes were redacted only with respect to communications with Bank of America relating to complaints and threats of suit by Attorney Faulkner or internal work product.

1

- Request for Production No. 1 also seeks a "collection retainer." No retainer was paid by Bank of America, N.A. with respect to this case. Any terms of engagement, if that is what plaintiff seeks, are not relevant to this case.

- Request for Production No. 2 seeks collection records and notes. Again, these have been produced by the Schiff defendants with the redactions for the reasons described above.

- Interrogatories Nos. 8 and 9 requesting "formal and informal complaints and criticisms" have been objected to by the Schiff defendants. There are no known lawsuits against the Schiff defendants since 2014 involving service of process or third-party disclosures.

- Interrogatories 8 and 9: The Schiff defendants are unable to respond accurately to the request for "informal complaints" because, to do so, the Schiff defendants would have to review every filed placed with our office. It would require thousands of hours over an extended period of time to provide plaintiff with this information.

- Interrogatories 8 and 9: To the extent that plaintiff's counsel suggests that "formal and informal complaints and criticisms" constitute proof of notice of actionable claims, etc., such assumptions are not legitimate. Many complaints are made, but certainly not all of them are valid complaints. Some lawsuits are dismissed for good reasons, and others are settled for reasons other than that our firm has done something wrong. Therefore, it is not reasonable to conclude that, simply because there is a "complaint" or "criticism," the Schiff defendants have done something wrong.

- Interrogatory 12 seeks the dates, parties and subject of communications between the Schiff defendants and Bank of America, N.A. As discussed above with respect to Request for Production No. 1, any work product communications were redacted from the notes because, once Attorney Faulkner became involved in this case, there was a very good chance that a suit would be filed. All other communications have been disclosed to plaintiff.

- Interrogatory 12 was discussed with Attorney Faulkner, and the system notes and file were described to her. It was fully explained to her that the notes were in reverse chronological order, and the electronic file had been produced to her. My impression is that Attorney Faulkner does not understand what has been provided to her, but I cannot provide further organization or labels without altering these documents so that they do not reflect the original or actual file.

The foregoing is true and correct to the best of my knowledge and belief.

Dated at East Hartford, Connecticut this 8th day of March, 2018.

_____
Jeanine M. Dumont

2

STATE OF CONNECTICUT )

) ss: East Hartford          MARCH 9, 2018

COUNTY OF HARTFORD )

Then personally appeared before me the above-named Jeanine M. Dumont, known to me, who, having been by me duly sworn, stated that she had read the foregoing Affidavit of Jeanine M. Dumont, and that its contents are true of her personal knowledge, and that as to statements therein stated to be true upon information and belief, she is so informed and believes them to be true.

_____
Notary Public

SHANNON M. MURPHY
NOTARY PUBLIC
STATE OF CONNECTICUT
MY COMMISSION EXPIRES APR. 30, 2018

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on MARCH 9, 2018 to the following counsel of record:

**FOR PLAINTIFF**
JOANNE FAULKNER
123 AVON STREET
NEW HAVEN, CT  06511

**FOR DEFENDANT, BANK OF AMERICA, N.A.**
PIERRE-YVES KOLAKOWSKI, ESQ.
ZEICHNER ELLMAN & KRAUSE
35 MASON STREET
GREENWICH, CT.  06830

                              /s/ Jeanine M. Dumont
                              Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

3